# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA RUFFIN<br><br>          **Plaintiff,**<br><br>   v.<br><br>THE CHILDRENS HOSPITAL OF PHILADELPHIA<br><br>          **Defendants.** | **CIVIL ACTION NO.  21-1424** |

## ORDER

**AND NOW,** this 10th day of November 2021, pursuant to the letter from counsel and provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                          **BY THE COURT:**

                                          **/s/ Cynthia M. Rufe**

                                          **CYNTHIA M. RUFE, J.**



November 10, 2021

**VIA EMAIL ONLY**
The Honorable Cynthia M. Rufe
United States District Court for the
 Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106
Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov

        **RE:**    **Maria Ruffin v. The Children's Hospital of Philadelphia**
                **EDPA No. 2:21-cv-01424**

Dear Judge Rufe:

    I represent Defendant, The Children's Hospital of Philadelphia, and I write on behalf of all parties to inform Your Honor that this case has settled. Accordingly, we request dismissal of this action pursuant to Local Rule of Civil Procedure 41.1.

    Thank you for your attention this matter.

                                            Very truly yours,

                                            Scott E. Diamond

Cc:  Marc A. Weinberg, Esquire